IDA HAMILTON CROOK, Respondent, v. JOHN C. SCOTT, Appellant, Impleaded with Another.

*Crook* v. *Scott*, 65 App. Div. 139, affirmed.
(Argued March 4, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Carlos C. Alden* and *Ingle Carpenter* for appellant.

*Frank Barker* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.

---

CHARLES A. WAGNER, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Wagner* v. *Brooklyn Heights R. R. Co.*, 69 App, Div. 349, affirmed.
(Argued March 4, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 27, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*Isaac M. Kapper* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and GRAY, J.